## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

DENISE BAILEY, DANIEL JACKSON,              *
RALPH JACKSON, DORIS J. USSIN,              *
LYNETTE BULLOCK, RICKY BULLOCK and*          CIVIL ACTION NO:
THERESA BULLOCK JOHNSON,                     *
individually and on behalf of their deceased  *
mother, WILLIE NELL BULLOCK                  *
                                             *        MAGISTRATE:
VERSUS                                       *
                                             *
NEWELL NORMAND,                              *
THE JEFFERSON PARISH SHERIFF'S               *        SECTION:
OFFICE, ARTHUR S. LAWSON, JR.                *
GRETNA POLICE DEPARTMENT,                    *
AND DEPUTIES SCOTT VINSON,                   *
JAMES PRICE AND RUSSELL LLOYD                *
                                             *

**************************************************************************

## <u>COMPLAINT</u>

**NOW INTO COURT**, through undersigned counsel, comes Petitioners, Denise Bailey,

Daniel Jackson Ralph Jackson, Doris J, Ussin, Lynette Bullock, Ricky Bullock and Theresa Bullock

Johnson, individually and on behalf of their deceased mother, WILLIE NELL BULLOCK, alleging

causes of action for civil rights violations, assault and battery, negligence, false arrest, false

imprisonment and intentional infliction of emotional distress, who respectfully represents, upon

information and belief, as follows:

1.

Petitioners are Denise Bailey, Daniel Jackson Ralph Jackson, Doris J, Ussin, Lynette

Bullock, Ricky Bullock and Theresa Bullock Johnson, individually and on behalf of their deceased

mother, WILLIE NELL BULLOCK, persons of the full age of majority and a citizens of the United

States of America, residing in the State of Louisiana.

2.

Made defendants herein are:

a.    Newell Normand, a person of the full age of majority and a resident of the Eastern District of Louisiana.  He is and was at all relevant times the Criminal Sheriff of Jefferson Parish.  He is and was at all relevant times responsible for the hiring, training, supervision, discipline, and control of the deputies under his command as well as the supervision, administration, policies, practices, customs and operations of the Jefferson Parish Sheriff's Office.  He is responsible, through its officers, employees, servants and agents, for enforcing the regulations and standards of conduct for the Jefferson Parish Sheriff's Office and for ensuring that its officers, employees, servants and agents obey the laws of the State of Louisiana and the United States.  He is a final policymaker.  He is being sued herein in his individual and official capacities.  He is liable directly and vicariously for the actions complained of herein;

b.    Jefferson Parish Sheriff's Office, a political subdivision of the Parish of Jefferson, State of Louisiana, which is responsible for the hiring, training, supervision, discipline and control of the deputies as well as the supervision, administration, policies, practices, customs and operations of the office.  The Jefferson Parish Sheriff's Office is directly and vicariously liable for the actions complained of herein; and,

c.    Arthur Lawson Jr., a person of the full age of majority and a resident of the Eastern District of Louisiana.  He is and was at all relevant times employed by the City of Gretna as the Chief Of Police.  He is and was at all relevant times responsible for the hiring, training, supervision, discipline, and control of the deputies under his command as well as the supervision, administration, policies, practices, customs and operations of the Gretna Police Department.  He is responsible, through its officers, employees, servants and agents, for enforcing the regulations and standards of conduct for the Gretna Police Department and for ensuring that its officers, employees, servants and agents obey the laws of the State of Louisiana and the United States.  He is a final policymaker.  He is being sued herein in his individual and official capacities.  He is liable directly and vicariously for the actions complained of herein;

d.    Scott Vinson, an individual over the age of majority, at all pertinent times serving as an officer in Gretna Police Department, in his official capacity and personally.

e.    James Price, an individual over the age of majority, at all pertinent times serving as an officer in Gretna Police Department, in his official capacity and personally.

f.    Russell Lloyd, an individual over the age of majority, at all pertinent times serving as an officer in Gretna Police Department, in his official capacity and personally.

3.

Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1983, 1985, 1986 and 1988. This action is further instituted pursuant to the Fourth, Fifth and Fourteenth Amendments to the United States Constitution. Supplemental jurisdiction is invoked as to matters cognizable under the Constitution and laws of the State of Louisiana, particularly, but not exclusively, to Louisiana Civil Code Articles 2315 and 2316.

4.

Venue of this action is proper in the Eastern District of Louisiana pursuant to 28 USC 1391 as all, or nearly all, of the named Defendants are domiciled in Jefferson Parish, Louisiana within the Eastern District of Louisiana and all of the relevant events and damages occurred in the Eastern District of Louisiana.

5.

On or about November 16, 2011, around 4:30 p.m. deputy Scott Vinson, James Price, Russell Lloyd and several other unknown deputies dressed in S.W.A.T. fatigues attempted to execute a search warrant at the home of the home of Petitioner, Willie Nell Bullock located at 218 8th Street Apartment B in Gretna, Louisiana.

6.

At said time and place, Petitioner, Willie Nell Bullock, a sixty-six year old diabetic was sleeping in bed recovering from a illeostomy/stoma procedure performed on October 6, 2011 and Stage 4 Cancer, high blood pressure and Diabetes, when officers from the Jefferson Parish S.W.A.T. and Gretna Police Department busted in the front door to execute a search warrant.

7.

When the officer first arrived on the property they immediately seized several individuals in the front of the apartment. One of these individuals was Ralph Jackson, the son of Willie Nell Bullock.

8.

Several officers entered Ms. Bullock's bedroom with guns drawn and began screaming for her to get on the floor.   She was grabbed by two officers and pulled from the bed, thrown to the floor, causing her face to strike the concrete, knocking out several teeth.  Petitioner was instructed not to move. She continued to lay in the middle of the floor while several officer beat her while simultaneously screaming at her to "give up the drugs."  Petitioner, Willie Nell Bullock was an elderly female who at no time attempted to resist the officer Scott Vinson or any other of the officers involved in this "Sting" operation.   When Willie Nell Bullock physically couldn't respond to the officer due to blood in her mouth and being face down, Officer Vinson kicked her in the side where her recent illeostomy/ stoma surgery was healing.  This kick caused an abscess on her stoma to burst open and ultimately get infected.

9.

The defendant deputies intentionally physically assaulted and battered Petitioner while she was laying face down on the floor, causing severe injuries to her body including, but not limited to, her face, mouth lower and upper arms, shoulder, neck and head, abdomen, all resulting in delayed treatment for Chemotherapy which contributed to her ultimate demise on June 29, 2012. Additionally, the officers destroyed the apartment of Will Nell Bullock in an negligent and careless attempt to execute a search warrant for illicit drugs.

10.

The defendants kept Ms. Bullock face down on the floor for over thirty (30) minutes while they conducted a thorough search of the residence. The officers then called in the K-9 units to continue the search on the premises. Willie Nell Bullock began asking for medical treatment but was ignored. Defendants then arrested Petitioner, thereby intentionally depriving her of her constitutional rights through the unnecessary use of brutal force in effecting an arrest without a warrant and without sufficient justification or probable cause in violation of the 4th Amendment. Willie Nell bullock's son, Ralph Jackson was then forced to sign a form accepting the responsibility for the drugs allegedly found in the apartment so that the defendant's wouldn't have to arrest his mother Willie Nell Bullock.

11.

The actions described above were committed by deputies Scott Vinson, James Price, Russell Lloyd and several unknown deputies under the authority of the Jefferson Parish Sheriff's Office/ Gretna Police Department.

12.

Through these acts and/or omissions, defendant violated 42 U.S.C. §§ 1983, 1985 and 1986, as well as the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

13.

Defendants are additionally liable to Petitioners pursuant to Louisiana law, including, but not limited to the Louisiana Civil Code Articles 2315 and 2316, through the commission of negligence, assault, battery, and the negligent and intentional infliction of emotional distress, defamation and slander.

14.

Specifically, defendants Officer Scott Vinson, James Price and Russell Lloyd committed the following non-exclusive list of negligent, intentional and otherwise culpable acts:

a.      Engaging in conduct which violated, and otherwise exhibited a reckless and callous disregard to, Petitioner's legally protected constitutional and statutory rights;

b.      Using brutal and unnecessary force and restraint in a situation under circumstances not requiring such force and restraint;

c.      Conspiring to cause and in fact causing an assault and battery to be made on Petitioner, Willie Nell Bullock;

d.      Effecting a brutal, false and warrantless arrest when probable cause for arrest was lacking;

e.      Effecting a false imprisonment and causing Petitioner to suffer a significant injury;

f.      Exhibiting a deliberate indifference to Petitioner's medical needs and pre-existing medical conditions;

g.      Conspiring to and in fact covering up the facts and circumstances surrounding the beating, false arrest and false imprisonment of Petitioner;

h.      Negligently or intentionally causing Petitioner to be publically humiliated without cause or justification; and,

I.      Failing to prevent the beating, false and warrantless arrest and false imprisonment of Petitioner within the meaning of 42 U.S.C. § 1986.

15.

Defendants, Newell Normand and Arthur Lawson, Jr. and the Jefferson Parish Sheriff's Office and the Gretna Police Department:

a.   Did then and presently still have a custom, policy, practice, and procedure of negligently and inadequately hiring, training, testing, supervising and retaining deputies;

b.   Were negligent in their failure to adequately train, supervise and discipline their deputies;

c.   Condoned, ratified, approved and/or otherwise acquiesced in the beating, false and warrantless arrest, and false imprisonment of Petitioner;

d.   Conspired to and did in fact cover up the facts and circumstances that surrounded the beating and false and warrantless arrest of Petitioner;

e.   Are liable for the actions of defendants, Officers Scott Vinson, James Price, Russell Lloyd  and/or deputies under the principle of *respondent superior*;

f.   Failed to prevent the beating, false and warrantless arrest of Petitioner, Willie Nell Bullock, within the meaning of 42 U.S.C. § 1986;

g.   Had notice of a pattern of unconstitutional acts committed by subordinates, demonstrated deliberate indifference and failed to take remedial action; and,

h.   Failed to adequately screen the background of Officers Scott Vinson, James Price and Russell Lloyd prior to hiring.

16.

As a direct and proximate result of the intentional, reckless and negligent conduct of the defendants described above, Petitioners, sustained the following damages:

a.   Deprivation of rights guaranteed by the Fourth, Fifth and Fourteenth Amendments to the United States Constitution as well as 42 U.S.C. §§ 1983 and 1985. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  50,000

b.   Punitive Damages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1,000,000

c.      Personal Injuries.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 200,000

d.      Pain and Suffering. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100,000

e.      Injury to reputation and public embarrassment. . . . . . . . . . . . . . . . . . . . 100,000

f.      Humiliation and emotional distress. . . . . . . . . . . . . . . . . . . . . . . . . . . . 100,000

g.      Medical Expenses. . . . . . . . . . . . . . . . . . . . . . . . . In an amount to be determined

h.      Attorneys Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . In an amount to be determined

17.

Petitioners believe  and therefore, allege that the same police officers have been guilty of other acts of brutality, and deprivation of rights to other persons under the color of law, by working for the Jefferson Parish Sheriff's Office/ Gretna Police Department and/or other law enforcement agencies and that Sheriff Newell Norman or Police Chief Arthur Lawson Jr. knew or should have known that a pattern of such deprivation of rights had occurred and should have taken steps to restrain, discipline and/or discharge the Defendants, Scott Vinson, James Price and Russell Lloyd.

18.

Pursuant to 42 USC 1998, Plaintiffs are entitled to reasonable attorney's fees and costs for the prosecution of this action.

19.

Willie Nell Bullock was survived by her seven (7) children, Denise Bailey, Daniel Jackson Ralph Jackson, Doris J, Ussin, Lynette Bullock, Ricky Bullock and Theresa Bullock Johnson.  This family was close and the loss of their mother was devastating. These individuals all sustained damages as the result of the death of Willie Nell Bullock, including past and future emotional distress, past and future mental anguish, past and future grief, past and future loss of support, services, society, and companionship, as well as past and future financial support. Denise

Bailey, Daniel Jackson Ralph Jackson, Doris J, Ussin, Lynette Bullock, Ricky Bullock and Theresa Bullock Johnson as the surviving children, are proper party plaintiffs to assert this cause of action for the wrongful death of Willie Nell Bullock (*La. C.C. Art. 2315.2*).

20.

Willie Nell Bullock suffered conscious, extreme, pain and suffering, emotional distress, mental anguish, and the knowledge of his impending untimely death at the age of 66.  Denise Bailey, Daniel Jackson Ralph Jackson, Doris J, Ussin, Lynette Bullock, Ricky Bullock and Theresa Bullock Johnson as the surviving children, are entitled to bring this survival cause of action for the pre-death damages experienced by Willie Nell Bullock (*La. C. C. Art. 2315.1*).


**WHEREFORE**, Petitioners, Denise Bailey, Daniel Jackson Ralph Jackson, Doris J, Ussin, Lynette Bullock, Ricky Bullock and Theresa Bullock Johnson, individually and on behalf of their deceased mother, WILLIE NELL BULLOCK, request that this Complaint be filed and that the defendants be duly cited and served with a copy of this Complaint and that after all legal delays by law have elapsed and due proceedings had, that there be judgment herein in favor of Petitioners Denise Bailey, Daniel Jackson Ralph Jackson, Doris J, Ussin, Lynette Bullock, Ricky Bullock and Theresa Bullock Johnson, individually and on behalf of their deceased mother, WILLIE NELL BULLOCK and against all Defendants for such sums as will be proven at the trial of this matter, including, but not limited to, compensatory damages, punitive damages, reasonable attorney's fees, court costs, pre- and post-judgment interest and for all general and equitable relief to which he is entitled.

Respectfully submitted,


    /s/ Bruce C. Betzer
Bruce C. Betzer, Bar No. 26800
***The Law Office of Bruce C. Betzer***
**A Professional Limited Liability Company**
3129 Bore Street
Metairie, Louisiana 70001
Telephone: (504) 832-1984
Fax: (504) 304-9964
*Attorney for Petitioners, Denise Bailey, Daniel Jackson Ralph Jackson, Doris J, Ussin, Lynette Bullock, Ricky Bullock and Theresa Bullock Johnson, individually and on behalf of their deceased mother, WILLIE NELL BULLOCK*