UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENISE BAILEY, ET AL. | * | CIVIL ACTION |
| | * | NO. 12-2795 |
| versus | * | |
| | * | SECTION: "H" |
| NEWELL NORMAND, ET AL. | * | Judge Milazzo |
| | * | |
| | * | DIVISION "2" |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | Magistrate Wilkinson |

<u>STATEMENT OF UNCONTESTED MATERIAL FACTS</u>

ARTHUR S. LAWSON, JR. ("LAWSON"), SCOTT VINSON ("VINSON"), JAMES PRICE ("PRICE"), AND RUSSELL LLOYD ("LLOYD") (all defendants collectively hereafter, "GRETNA"), submit this statement of uncontested material facts in accordance with Uniform District Court Rule 56.1 in support of their Motion for Summary Judgment based upon qualified immunity against the plaintiffs, Denise Bailey, et al.:

1. On November 16, 2011, the defendants participated in the execution of a valid search and seizure narcotics warrant at the residence of the plaintiffs, WILLIE NELL BULLCOK. (Exhibit "A").

2. WILLIE NELL BULLOCK originally stated that the defendants kicked her legs out from under her to place her on the ground. Later she stated that she was not really sure how she got on the ground.

3. None of the individually named defendants, VINSON, PRICE, or LLOYD ever entered the residence of BULLOCK, never physically encountered BULLOCK inside of her residence, never battered or assaulted BULLOCK, and never arrested BULLOCK.

4. In executing the warrant and securing the residence, the defendants are entitled to use all reasonable force necessary to secure the premises to allow for officer safety and for the search to be conducted.

Respectfully submitted,

/s/ Leonard L. Levenson

LEONARD L. LEVENSON, T.A. (#8675)
CHRISTIAN W. HELMKE (#29594)
DONNA R. BARRIOS (#32093)
427 Gravier Street, Third Floor
New Orleans, LA 70130
Telephone:   (504) 586-0066
Facsimile:    (504) 586-0079
E-mail:         lenlawyer@aol.com
                    cwhelmke@bellsouth.net
                    dbarrios@bellsouth.net
ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 1ST DAY OF SEPTEMBER, 2014, I ELECTRONICALLY FILED THE FOREGOING PLEADING

WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM WHICH WILL AUTOMATICALLY SERVE NOTICE OF THE ELECTRONIC FILING TO ALL COUNSEL OF RECORD. I FURTHER CERTIFY THAT I MAILED THE FOREGOING PLEADING AND NOTICE OF ELECTRONIC FILING BY U.S. MAILS, FIRST CLASS, POSTAGE PREPAID AND PROPERLY ADDRESSED TO THE FOLLOWING NON-CM/ECF PARTICIPANTS:    N/A        .

/S/ LEONARD L. LEVENSON